IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ABBEY GOODMAN, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-cv-00232-CVE-FHM |
| vs. | ) | |
| | ) | |
| 1. ACE AMERICAN INSURANCE COMPANY, a foreign for profit business corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

**COME NOW** Plaintiff Abbey Goodman, along with Defendant ACE American Insurance Company, jointly and by and through their respective counsel of record, to notify the Court that settlement in this matter has been reached through mutual agreement of the parties. Accordingly, the parties request that the Court strike the remaining Scheduling Order deadlines as moot, and issue an Administrative Closing Order which provides the parties 45 days, or another period of time the Court deems appropriate, to consummate their agreement and file a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Abbey Goodman*

        */s/ David Y. Loh
*(\*Signed with consent of Counsel for Defendant)*
David Y. Loh, NY Bar No. 2549848
Alexander J. Selarnick, NY Bar No. 5427877
**COZEN O'CONNOR**
45 Broadway, Suite 1600
New York, New York 10006-3792
(212) 509-9400 – Telephone
(212) 509-9492 – Facsimile
dloh@cozen.com
aselarnick@cozen.com
*Admitted Pro Hac Vice*

-AND-

Graydon D. Luthey, Jr., OBA No. 5568
**GABLEGOTWALS**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103-4217
(918) 595-4800 – Telephone
(918) 595-4990 – Facsimile
dluthey@gablelaw.com

***Attorneys for Defendant:***
***ACE American Insurance Company***