IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   ABBEY GOODMAN, an individual, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | Case No. 15-cv-00232-CVE-FHM |
| vs. | ) | |
| | ) | |
| 1.   ACE AMERICAN INSURANCE COMPANY, a foreign for profit business corporation, | ) ) ) | |
| | ) | |
|         Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Abbey Goodman, along with Defendant ACE American Insurance Company, jointly and by and through their respective counsel of record, and stipulate to dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims related to this matter are hereby dismissed with prejudice to the re-filing of the same, and no party asserts or admits to any liability on the part of any other party. Each party will bear her/its own costs related to this matter. As a result of this dismissal, there are no remaining defendants or claims.

Respectfully submitted,

**KEESLING LAW GROUP, PLLC**

/s/ Timothy S. Kittle
David R. Keesling, OBA No. 17881
Timothy S. Kittle, OBA No. 21979
11114 South Yale Avenue, Suite B
Tulsa, Oklahoma 74137
(918) 924-5101 – Telephone
(918) 512-4888 – Facsimile
David@KLGattorneys.com
Tim@KLGattorneys.com
*Attorneys for Plaintiff:*
*Abbey Goodman*

        */s/ David Y. Loh
        *(*Signed with consent of Counsel for Defendant)*
        David Y. Loh, NY Bar No. 2549848
        Alexander J. Selarnick, NY Bar No. 5427877
        **COZEN O'CONNOR**
        45 Broadway, Suite 1600
        New York, New York 10006-3792
        (212) 509-9400 – Telephone
        (212) 509-9492 – Facsimile
        dloh@cozen.com
        aselarnick@cozen.com
        *Admitted Pro Hac Vice*

          -AND-

        Graydon D. Luthey, Jr., OBA No. 5568
        **GABLEGOTWALS**
        1100 ONEOK Plaza
        100 West Fifth Street
        Tulsa, Oklahoma 74103-4217
        (918) 595-4800 – Telephone
        (918) 595-4990 – Facsimile
        dluthey@gablelaw.com

        ***Attorneys for Defendant:***
        ***ACE American Insurance Company***